IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | Chapter: | 7 |
| | ) | | |
| ISABELLA'S ESTIATORIO, LLC, | ) | Case No.: | 09-01361 |
| | ) | | |
| Debtor. | ) | Judge: | Hon. Manuel Barbosa |

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE TRUSTEE**

**Cover Sheet for Application for Professional Compensation**

Name of Applicant(s):   **Thomas E. Springer, Esq. and the law firm of Springer, Brown, Covey, Gaertner & Davis, LLC**

Authorized to Provide Professional Services to:   **Thomas E. Springer, Trustee of the Estate of Isabella's Estiatorio, LLC, Chapter 7 Bankruptcy No. 09-01361.**

Date of Order Authorizing Employment:   **February 5, 2009**

Period for which Compensation is Sought: **January 29, 2009 through May 22, 2012**

Amount of Fees Sought:                                   **$ 8,781.00**

Amount of Expense Reimbursement Sought:   **$   253.92**

This is an:   Interim Application ___    Final Application  **X**

If this is not the first application filed herein by this professional, disclosure as to all prior fee applications:

| Date Filed | Period Covered | Total Requested | Total Allowed | Any Amount Withheld by Order |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

The amount of fees and expenses paid to the Applicant to date for Service rendered and expenses incurred herein is:$ ___-0-___ .

In re:  Isabella's Estiatorio, LLC
Chapter 7 no. 09-01361
Cover Sheet for Application for Professional Compensation by Trustee's General Counsel
**(PAGE TWO of TWO)**

Professionals retained and represented as follows in this Application for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Trustee:

| Name of Professional | Hourly Rates | Hours of Service | Value of Service |
|---|---|---|---|
| Thomas E. Springer, Attorney | $330.00 | 8.5 | $ 2,805.00 |
| Michele M. Springer, Attorney | $300.00 | 10.0 | $ 3,000.00 |
| Michael P. Kelleher, Attorney | $295.00 | 1.9 | $ 560.50 |
| Joshua D. Greene, Attorney | $285.00 | 2.3 | $ 655.50 |
| Nicole K. Fishkin, Attorney | $275.00 | 6.4 | $ 1,760.00 |
| **TOTALS** | | **29.10** | **$ 8,781.00** |

**A Summary and Total of Fee Application Categories is Attached hereto.**

DATE: May 22, 2012

Respectfully Submitted,
APPLICANT
Thomas E. Springer, Trustee

BY: Springer, Brown, Covey, Gaertner & Davis, LLC

By:   /s/ Thomas E. Springer
Thomas E. Springer
One of His Attorneys


Thomas E. Springer
Springer, Brown, Covey, Gaertner & Davis, LLC
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL  60187
(630) 510-0000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | Chapter: | 7 |
| | ) | | |
| ISABELLA'S ESTIATORIO, LLC, | ) | Case No.: | 09-01361 |
| | ) | | |
| Debtor. | ) | Judge: | Hon. Manuel Barbosa |

### FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE TRUSTEE

**NOW COMES** Thomas E. Springer, Esq. and the law firm of Springer, Brown, Covey, Gaertner & Davis, LLC (herein "Applicant"), as duly authorized counsel to the Trustee, THOMAS E. SPRINGER, (herein the "Trustee") and respectfully requests the entry of an Order for the allowance and payment of compensation and reimbursement of expenses for services rendered and expenses incurred as counsel to the Trustee pursuant to §330 of the United States Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, and in support hereof, states to the Court as follows:

### I. INTRODUCTION

This Application encompasses the time period from January 29, 2009 through preparation of Applicant's current Final Fee Application, May 22, 2012. The Application represents 29.10 hours of legal services provided to the Trustee. Applicant has neither previously requested nor obtained approval for payment of interim compensation or reimbursement of expenses. This Application seeks approval of legal fees in the amount of $8,781.00 and $253.92 for actual and necessary unreimbursed expenses.

The Debtor initiated this bankruptcy proceeding with the filing of a voluntary Petition under Chapter 7 of the United States Bankruptcy Code on January 19, 2009 and Thomas E. Springer was appointed as the Chapter 7 Trustee herein. On February 5, 2009, this Court entered an Order authorizing the Trustee to retain Applicant as legal counsel. The hourly rates of

Applicant is competitive with the rates charged in this market by professionals with similar skills and experience, as disclosed and summarized in the Cover Sheet to this Application for Compensation and Reimbursement of Expenses.

## II.  CASE STATUS and NARRATIVE OF LEGAL SERVICES

The Debtor filed its Chapter 7 proceeding on January 19, 2009 and on its Schedule "B" listed a checking account with Park National Bank with a balance of $10,000.00 and miscellaneous restaurant machinery, fixtures, equipment and supplies (hereinafter "Subject Equipment") with a fair market value of $62,500.00. Applicant drafted a Motion for Turnover of the funds at Park Nation al Bank. On March 19, 2009, this Court entered an Order requiring the Bank to turnover the funds to the Trustee.

Applicant then received authority by this Court to employ a restaurant business broker in order to attempt a sale of the restaurant as an operational concern. The Trustee was informed by the business broker that after attempting to market the business, no potential buyers were interested in purchasing the restaurant as an operational concern for any meaningful purchase amount. Accordingly, the Trustee sought to achieve a liquidation sale of the Subject Equipment.

In an effort to re-let the premises to a new occupant tenant, the landlord Miller offered to purchase the contents for a lump sum total of $5,500.00 and a waiver of any claim for post-petition storage or payment of administrative expenses. The Trustee also employed auctioneer, Chris Matsakis of Chicago Liquidators, to review the Subject Equipment in order to analyze and determine the landlord's offer was reasonable.

Upon information and belief, the Trustee believed that the offer to purchase and waiver of any post-petition administrative claim by the landlord was reasonable, talking into consideration the costs for moving, storage and sale of the Subject Equipment through a general auction in a market already flooded by excess inventory from restaurant insolvencies.

On May 15, 2009, Applicant drafted a Motion to Approve the Settlement and Sale of the Estate's interest in the Subject Equipment. On June 4, 2009, the Court entered an Order approving the Settlement and Sale.

Applicant reviewed the Debtor's ledger and bank statements and discovered certain potential preferential transfers, totaling $31,950.00, as well as $2,746.00 in post-petition transfers, to AdvanceMe. Applicant sent a demand letter to AdvanceMe. The attorney for AdvanceMe responded with defenses that were not applicable to a preference demand. The parties negotiated extensively and finally reached a settlement for the lump sum of $10,000.00.

On November 15, 2010, Applicant drafted a Motion to Approve the Compromise and Settlement with AdvanceMe. On December 23, 2010, the Court entered an Order approving the Compromise and Settlement.

The Trustee reviewed the claims filed and supporting documents thereto. Applicant sent letters to the two wage claimants requesting further documents to support their claims. The documentation was received and it was not necessary to file objections to the wage claims. Additionally, unsecured claims will not be receiving a distribution and thus it was unnecessary to review said class of claims.

Trustee's counsel herein provided and maintained the normal and ordinary legal services to the Trustee in monitoring and overseeing liquidation and administration of the assets and coordinating efforts of the administration with the Trustee in the related Estate.

Itemized time entries for all Applicant's services to this Bankruptcy Estate are attached hereto as Exhibit "A" and an itemization of the reasonable and necessary expenses Applicant incurred are also attached as Exhibit "B". Applicant's request for reimbursement of expenses does not include any of the ordinary operating expenses of Applicant's practice of law. Applicant is requesting reimbursement of photocopy charges at the rate of 15¢ per copy. Applicant's expense request does not include any long distance telephone service charges.

**WHEREFORE,** Applicant, Thomas E. Springer respectfully requests that Trustee's Attorneys' fees in the amount of $8,781.00 and reimbursement of actual and necessary expenses in the amount of $253.92 be approved as reasonable and appropriate and that payment be authorized upon entry of the Order approving such payment as set forth herein for any such other and further relief as this Court deems just and equitable.

DATE: May 22, 2012

Respectfully Submitted,
APPLICANT

Thomas E. Springer, Trustee

BY: Springer, Brown, Covey, Gaertner & Davis, LLC

By:  /s/ Thomas E. Springer
     Thomas E. Springer
     One of His Attorneys

Thomas E. Springer
Springer, Brown, Covey, Gaertner & Davis, LLC
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL  60187
(630) 510-0000