IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ) | Chapter: | 7 |
| ) | | |
| ISABELLA'S ESTIATORIO, LLC, ) | Case No.: | 09-01361 |
| ) | | |
| Debtor. ) | Judge: | Hon. Manuel Barbosa |

COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION
(Appendix to Rule 607)

Name of Applicant:   Alan D. Lasko, CPA

Authorized to Provide
Professional Service to:   Thomas E. Springer, Chapter 7 Trustee

Date of Order Authorizing Employment:   August 20, 2009

Period for Which
Compensation is Sought:   December 7, 2009 through May 9, 2012

Amount of Fees Sought:   $5,301.50

Amount of Expense
Reimbursement Sought:   $ 251.63

This is a:   Final Application

If this is *not* the first application filed herein by this, disclose as to all prior fee applications: N/A

The aggregated amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $ N/A

Applicant: Alan D. Lasko, CPA

Date:___May 31, 2012___      BY: _/s/ Thomas E. Springer_____
                              Thomas E. Springer, Trustee

(Local Bankruptcy Rules as adopted 24 June 1994: Page 107)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | Chapter: | 7 |
| | ) | | |
| ISABELLA'S ESTIATORIO, LLC, | ) | Case No.: | 09-01361 |
| | ) | | |
| Debtor. | ) | Judge: | Hon. Manuel Barbosa |

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION
AND EXPENSES AS ACCOUNTANT TO THE CHAPTER 7 TRUSTEE**

NOW COMES Thomas E. Springer, Trustee (herein the "Trustee") by and through his counsel, Springer, Brown, Covey, Gaertner & Davis, LLC, and respectfully requests the entry of an Order for the allowance and payment of compensation and reimbursement of expenses for Alan D. Lasko and Alan D. Lasko & Associates, P.C., as Accountant to the Trustee, (hereinafter "Applicant") pursuant to §330 of the United States Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, and to Limit Notice pursuant to Federal Rule of Bankruptcy Procedure 9006, states as follows:

## I. JURISDICTION AND NARRATIVE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157. Venue is proper in this district pursuant to 28 U.S.C. §§1408 and 1409.

2. This request for relief is predicated on §330 of the Bankruptcy Code.

3. On January 19, 2009, the Debtor filed its petition for relief under Chapter 7 of the United States Bankruptcy Code.

4. On August 20, 2009 an Order was entered authorizing the employment of Applicant, to serve as the Accountant for the Trustee. Applicant has not received any compensation or reimbursement of expenses in this matter.

5. Applicant requests $5,301.50 in compensation for services performed in preparation of the Estates' tax returns for the years 2009, 2010, 2011, and 2012.

6. Applicant requests $251.63 for reimbursement of actual expenses.

7. Attached at Exhibit "A" is a detailed list of the of the services rendered and detailed list of necessary expenses incurred.

8. Based on the nature and value of services performed by the Applicant, the results achieved and the costs of comparable services, the compensation sought is fair and reasonable. Following are Applicant's rates:

> Alan D. Lasko, CPA, CIRA, CFF--$260.00/hour(2009-2011); $270.00/hour (2012)
> Luyan Li, Accounting Supervisor, CPA, CVA, Ph.D--$180.00/hour
> Tricia Kong, Staff--$99.00/hour

9. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented or held an interest adverse to Estate with respect to matters in which Applicant was employed.

**WHEREFORE,** Applicant, Alan D. Lasko and Alan D. Lasko & Associates, P.C., respectfully requests that he be awarded reasonable compensation in the amount of $5,301.50 and reimbursement of expenses in the amount of $251.63 for services rendered in this case as Accountant to the Trustee

DATE: May 31, 2012

> Respectfully Submitted,
> Applicant: Alan D. Lasko, CPA
> BY: Springer, Brown, Covey, Gaertner & Davis, LLC
>
> By:    /s/ Thomas E. Springer
> Thomas E. Springer
> Attorney to the Trustee

Thomas E. Springer
Springer, Brown, Covey, Gaertner & Davis, LLC
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL 60187
(630) 510-0000