# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ISABELLAS ESTIATORIO, LLC | § | Case No. 09-01361 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE U.S. BANKRUPTCY COURT
219 S. DEARBORN STREET
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 08/16/2012 in Courtroom 250,
United States Courthouse
Old Kane County Courthouse
100 S. Third Street, Geveva, IL 60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: _____

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

In re: §
§
ISABELLAS ESTIATORIO, LLC § Case No. 09-01361
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 24,205.11 |
| and approved disbursements of | $ | 267.37 |
| leaving a balance on hand of[1] | $ | 23,937.74 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 3,170.51 | $ 0.00 | $ 3,170.51 |
| Attorney for Trustee Fees: Thomas E. Springer | $ 8,781.00 | $ 0.00 | $ 8,781.00 |
| Attorney for Trustee Expenses: Thomas E. Springer | $ 254.79 | $ 0.00 | $ 254.79 |
| Accountant for Trustee Fees: Alan D. Lasko, CPA | $ 5,301.50 | $ 0.00 | $ 5,301.50 |
| Accountant for Trustee Expenses: Alan D. Lasko, CPA | $ 251.63 | $ 0.00 | $ 251.63 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 17,759.43 |
| Remaining Balance | $ 6,178.31 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 33,967.47 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | SILVIA GONZALEZ | $ 1,936.00 | $ 0.00 | $ 809.62 |
| 13 | Illinois Department of Revenue | $ 0.00 | $ 0.00 | $ 0.00 |
| 12B | Illinois Department of Revenue | $ 20,292.00 | $ 0.00 | $ 0.00 |
| 16B | EUGENE E. OLSON | $ 10,950.00 | $ 0.00 | $ 4,579.22 |
| 20B | Illinois Department of Employment Security | $ 0.00 | $ 0.00 | $ 0.00 |
| AUTO | INTERNAL REVENUE SERVICE | $ 334.11 | $ 0.00 | $ 334.11 |
| AUTO | UNITED STATES TREASURY | $ 32.34 | $ 0.00 | $ 32.34 |
| AUTO | INTERNAL REVENUE SERVICE | $ 78.14 | $ 0.00 | $ 78.14 |
| AUTO | DIRECTOR OF EMPLOYMENT SECURITY | $ 344.88 | $ 0.00 | $ 344.88 |
| | Total to be paid to priority creditors | | $ | 6,178.31 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 220,295.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if

applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | O'Scannlain & Gorogianis, LLC | $ 3,382.06 | $ 0.00 | $ 0.00 |
| 2 | Red Hen | $ 4,943.10 | $ 0.00 | $ 0.00 |
| 3 | City of Geneva | $ 2,973.49 | $ 0.00 | $ 0.00 |
| 4 | Judge & Dolph, LLC | $ 3,473.02 | $ 0.00 | $ 0.00 |
| 5 | Vin Di Vino | $ 4,813.00 | $ 0.00 | $ 0.00 |
| 6 | Southern Wine & Spirits | $ 3,027.35 | $ 0.00 | $ 0.00 |
| 8 | Sysco | $ 8,417.42 | $ 0.00 | $ 0.00 |
| 9 | Maverick Wine | $ 352.00 | $ 0.00 | $ 0.00 |
| 10 | Testa Produce, Inc. | $ 11,194.72 | $ 0.00 | $ 0.00 |
| 14 | DayDots | $ 99.72 | $ 0.00 | $ 0.00 |
| 15 | Valley Linen | $ 5,506.20 | $ 0.00 | $ 0.00 |
| 16A | Eugene E. Olson | $ 750.00 | $ 0.00 | $ 0.00 |
| 17 | Resurrection, LLC | $ 168,817.87 | $ 0.00 | $ 0.00 |
| 18 | Louis Glunz Wines, Inc | $ 2,363.42 | $ 0.00 | $ 0.00 |
| 19 | Pasta Factory | $ 182.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $ 0.00

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 2,214.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | Illinois Department of Revenue | $ 2,064.00 | $ 0.00 | $ 0.00 |
| 20 | Illinois Department of Employment Security | $ 150.00 | $ 0.00 | $ 0.00 |

|  |  |
|---|---|
| Total to be paid to subordinated unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Prepared By: /s/ Thomas E. Springer
                                                             Trustee

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 09-01361-MB
Isabella's Estiatorio, LLC                                              Chapter 7
        Debtor             CERTIFICATE OF NOTICE
District/off: 0752-1           User: mmyers                Page 1 of 3                  Date Rcvd: Jul 23, 2012
                               Form ID: pdf006             Total Noticed: 69


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2012.
db           #+Isabella's Estiatorio, LLC,    330 West State Street,     Geneva, IL 60134-2142
13055206      +A New Dairy,    1234 W. Randolph,    Chicago, IL 60607-1604
13055248      +Alberto Maldonado,    1632 Lucylle Avenue,    St. Charles, IL 60174-4539
13055253      +Alec Payleitner,    629 N Tyler,    St. Charles, IL 60174-2364
13055236      +Alejandro Espinoza,    12 Simpson St.,    Apt. B,   Geneva, IL 60134-2474
13055252      +Alexandra L Owens,    48 W 124 Pine Tree Dr.,    Maple Park, IL 60151-9246
13055259      +Anna M Wilt,    2483 Fox Dr.,    Aurora, IL 60506-6412
13055243       Anne T Kaufmann,    0 S 584 Branford Lane,    Geneva, IL 60134
13055202      +Artisan Specialty,    8121 Ogden Ave.,    Lyons, IL 60534-1125
13055223      +Artisan Specialty Foods, Inc.,    8121 Ogden Ave,    Lyons, IL 60534-1125
13550125       Aurora Ice,    9704 W 98th Pl,    Palos Hills, IL 60465
13055218      +Aurora Ice Machines, Inc.,    8704 West 98th Place,    Palos Hills, IL 60465-1138
13055227      +City of Geneva,    15 South First Street,    Geneva, IL 60134-2202
13550118      +Coca Bean,    11 S 7th St,    Geneva, IL 60134-2113
13055233      +Debbie A Detrick,    21 W 680 Dorchester,    Glen Ellyn, IL 60137-6412
13550122      +Dietzler Farms,    W 4222 County Rd A,    Elkhorn, WI 53121-3200
13055225       Ecolab,    P.O. Box 6007,    Grand Forks, ND 58206-6007
13055210      +Edward Don,    2562 Paysphere Circle,    Chicago, IL 60674-0025
13055231     #+Esteban Bahena,    50 W 254 Keslinger Rd.,    Maple Park, IL 60151-9703
13055230      +Euclid Beverage Ltd.,    200 Overland Dr.,    North Aurora, IL 60542-1671
13055251      +Eugene E. Olson,    2015 N. Washington,    Wheaton, IL 60187-3268
13055200       European Imports,    2475 N. Elston Ave.,    Chicago, IL 60647-2033
13055203       Fortune Fish Co.,    Dept. 5266,    P.O. Box 3090,   Milwaukee, WI 53201-3090
13055207      +Gourmet Mushroom,    Spice Depot,    P.O. Box 9421,   Naperville, IL 60567-0421
13055205      +Heritage Farms,    2N308 Brundige Rd.,    Elburn, IL 60119-9415
13055216      +Heritage Wine Cellars, Ltd,    6600 W Howard St.,    Niles, IL 60714-3306
15200298      +Illinois Department of Employment Security,     33 South State Street,
                Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
13055221       Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                Chicago, Illinois 60664-0338
13055254      +Ivan Perez,    508 Anderson Blvd.,    Apt. 3,   Geneva, IL 60134-1273
13055240      +Javier Hernandez,    821 Indiana Ave,    Apt. C,   St. Charles, IL 60174-3102
13055256      +Jerry Shaffer,    1358 Arlington Court,    Geneva, IL 60134-3700
13550126      +Johnson Controls,    220 W St Charles Road,    Villa Park, IL 60181-2401
13055219      +Johnson Water Conditioning,    220 W. St. Charles Road,    Villa Park, IL 60181-2401
13055241      +Jose A Hernandez,    129 Caroline Court,    Apt. A,   Geneva, IL 60134-2878
13055242      +Jose J Hernandez,    516 Horne Street,    St. Charles, IL 60174-3956
13055239      +Kevin E Heikotter,    2208 Oakridge Dr. #9,    Aurora, IL 60502-4533
13055215      +Louis Glunz Wines, Inc,    Glunz,   630 Margate Drive,    Lincolnshire, IL 60069-4247
13550123      +MIL Construction,    1344 Hollister Dr,    Batavia, IL 60510-1391
13055229      +Micros Systems, Inc.,    931 Busse Road,    Elk Grove Village, IL 60007-2400
13055249      +Mindy L Mathenia,    1646 Virginia Street,    Downers Grove, IL 60515-1810
13055226      +Napco, Inc.,    Papanicholas Coffee Company,    1141 N. Raddant Road,   Batavia, IL 60510-4214
13550121      +New City Packing,    2600 Church Rd,    Aurora, IL 60502-8732
13600698      +O'Scannlain & Gorogianis, LLC,    Euler Hermes ACI,    800 Red Brook Blvd,
                Owings Mills, MD 21117-5173
13055204       Pasta Factory,    1124 W. Grand Ave.,    Northlake, IL 60164
13550119      +Pollen Collection and Sales Inc,    PO Box 44090,    Lemon Cove, CA 93244-0090
13055257      +Ranka Sparavalo,    2045 Windmere Cr,    Schaumburg, IL 60194-4424
13055201       Red Hen,    250 N. Western Ave.,    Chicago, IL 60612-2224
13055222      +Red Hen Bread Corp,    250 N Western Avenue,    Chicago, IL 60612-2224
13550124      +Resurrection LLC,    c/o Herbert Miller- President,    615 West Lane,   Geneva, IL 60134-1038
13980012      +Resurrection, LLC,    c/o Ean L. Kryska,    SmithAmundsen LLC,   150 N. Michigan Ave., Suite 3300,
                Chicago, IL 60601-6004
13055237      +Roberto Gonzales,    1618 Indiana Street,    Apt. C,   St. Charles, IL 60174-2579
13055250       Ryan P O?Neil,    4133 Klatt St.,    Plano, IL 60545
13055245       Samary Lopez,    North 15th,    St. Charles, IL 60174
13055244      +Samuel Kintop,    207 Kane Street,    Geneva, IL 60134-2815
13055246      +Samuel Lucas,    1012 W. Main Street,    St. Charles, IL 60174-1745
13055238      +Silvia Gonzalez,    1910 Castlepines,    Elgin, IL 60123-6848
13055208      +Specialty Mat Service,    2730 Beverly Drive,    Aurora, IL 60502-8595
13550120      +Spice Depot,    PO Box 9421,    Naperville, IL 60567-0421
13055199       Sysco,    250 Wiebolt Drive,    Des Plaines, IL 60016-3192
13055198      +Testa,    1501 S. Blue Island Ave.,    Chicago, IL 60608-2158
13716790      +Testa Produce, Inc.,    c/o David J. Axelrod & Associates,    1448 Old Skokie Road,
                Highland Park, IL 60035-3040
13055247      +Thomas J. Lushina,    727 Anderson Blvd.,    Geneva, IL 60134-1246
13055220      +Tierra,    3821 Indianapolis Blvd.,    East Chicago, IN 46312-2590
13055217      +Total Management Sys.,    900 West Fullerton,    Addison, IL 60101-3306
13055212       Valley Linen,    P.O. Box 0547,    Aurora, IL 60507-0547
13055213      +Vin Di Vino,    1811 W. Bryn Mawr Ave.,    Chicago, IL 60660-3903
```

```
District/off: 0752-1            User: mmyers              Page 2 of 3              Date Rcvd: Jul 23, 2012
                                Form ID: pdf006           Total Noticed: 69
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13055211      +E-mail/Text: rklepak@capitalaccessnetwork.com Jul 24 2012 05:15:18       AdvanceMe Inc,
               600 Town Park Lane Suite 500,    Kennesaw, GA 30144-3734
13055209       E-mail/Text: bankruptcynotices@ecolab.com Jul 24 2012 05:37:17       DayDots,   2418 Network Place,
               Chicago, IL 60673-1241
13055224      +E-mail/Text: nancy.brown@wirtzbev.com Jul 24 2012 05:37:04       Judge & Dolph, LLC,
               1501 Michael Drive,   Wood Dale, IL 60191-1007
                                                                                               TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Springer Brown Covey Gaertner & Davis LLC
13055232     ##+Cindy Cooper,   341 N Forest Ave.,   Batavia, IL 60510-2181
13055258     ##+Daniel R. Weiland,   10 N Lake St. #4,   Aurora, IL 60506-4073
13055214     ##+Maverick Wine,   401 Eastern Ave.,   Bensenville, IL 60106-3810
13055255     ##+Pablo Perez,   606 Hidden Creek Lane,   North Aurora, IL 60542-1163
13055235     ##+Sara M Emmerich,   1920 N. Damen,   Apt. 1R,   Chicago, IL 60647-4681
13055234     ##+Sean R Eastwood,   21 W 775 Bemis Rd.,   Glen Ellyn, IL 60137-6460
13055228     ##+Southern Wine & Spirits,   216 N. Jefferson St.,   Suite 200,   Chicago, IL 60661-1301
                                                                                   TOTALS: 1, * 0, ## 7
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 25, 2012**                         **Signature:**   _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: mmyers              Page 3 of 3              Date Rcvd: Jul 23, 2012
                              Form ID: pdf006           Total Noticed: 69
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2012 at the address(es) listed below:

        Ean L Kryska   on behalf of Creditor  Resurrection LLC ekryska@salawus.com,  jadams@salawus.com
        Joshua D Greene   on behalf of Trustee Thomas Springer jgreene@springerbrown.com,
         sellis@springerbrown.com
        Maysoun B Iqal   on behalf of Creditor  AdvanceMe, Inc. maysouniqal@yahoo.com
        Michael R Collins   on behalf of Debtor  Isabella's Estiatorio, LLC
         michael.collins@collinsandcollins.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Thomas E Springer   on behalf of Trustee Thomas Springer tspringer@springerbrown.com,
         jkrafcisin@springerbrown.com
        Thomas E Springer    tspringer@springerbrown.com,
         tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
                                                                                       TOTAL: 7