UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
ISABELLAS ESTIATORIO, LLC § Case No. 09-01361
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                            Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:            Claims Discharged
                                             Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____    By:/s/THOMAS E. SPRINGER, TRUSTEE_____
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Thomas E. Springer | | | | | |
| Thomas E. Springer | | | | | |
| Alan D. Lasko | | | | | |
| Alan D. Lasko | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16B | EUGENE E. OLSON | | | | | |
| AUTO | ILLINOIS DEPARTMENT OF REVENUE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| 11 | Silvia Gonzalez | | | | | |
| AUTO | DIRECTOR OF EMPLOYMENT SECURITY | | | | | |
| 20B | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| 13 | Illinois Department Of Revenue | | | | | |
| 12B | Illinois Department Of Revenue | | | | | |
| AUTO | UNITED STATES TREASURY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Advanceme Inc | | | | | |
| 3 | City Of Geneva | | | | | |
| 14 | Daydots | | | | | |
| 16A | Eugene E. Olson | | | | | |
| 4 | Judge & Dolph, Llc | | | | | |
| 18 | Louis Glunz Wines, Inc | | | | | |
| 9 | Maverick Wine | | | | | |
| 1 | O'Scannlain & Gorogianis, Llc | | | | | |
| 2 | Red Hen | | | | | |
| 17 | Resurrection, Llc | | | | | |
| 6 | Southern Wine & Spirits | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Sysco | | | | | |
| 10 | Testa Produce, Inc. | | | | | |
| 15 | Valley Linen | | | | | |
| 5 | Vin Di Vino | | | | | |
| 19 | Pasta Factory | | | | | |
| 20 | Illinois Department Of Employment S | | | | | |
| 12 | Illinois Department Of Revenue | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-01361 | MB | Judge: Manuel Barbosa | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | ISABELLAS ESTIATORIO, LLC | | | Date Filed (f) or Converted (c): | 01/19/09 (f) |
| | | | | 341(a) Meeting Date: | 02/23/09 |
| For Period Ending: | 01/08/13 | | | Claims Bar Date: | 06/03/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Park National | 10,000.00 | 7,701.23 | | 7,701.23 | FA |
| 2. Euclid ($500), Red Hen ($500) | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. See Attached list | 5,800.00 | 500.00 | | 500.00 | FA |
| Bar paintings, blue plates, bathroom mirrors, bathroom pictures, clock, dining door art, candles holders | | | | | |
| Sold in lump sum with asset #6 for total of $5,500. | | | | | |
| 4. Liquor License - reatail; tobacco license, retail | Unknown | 0.00 | | 0.00 | FA |
| 5. fax machine, computer screen, misc. supplies | Unknown | 0.00 | | 0.00 | FA |
| 6. See attached list (machinery, fixtures, equipment) | 62,900.00 | 5,000.00 | | 5,000.00 | FA |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 11.58 | FA |
| 8. Refund of Utility Security Deposit (NiCor Gas) (u) | 992.69 | 992.69 | | 992.69 | FA |
| 9. Preference Settlement (u) | 10,000.00 | 10,000.00 | | 10,000.00 | FA |
| AdvanceMe, Inc. | | | | | |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $90,692.69 | $24,193.92 | | $24,205.50 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is reviewing claims and obtaining additional information from the 2 wage claimants. If the necessary information is obtained, the Trsutee will not object to the claims and file the Final Report.

Initial Projected Date of Final Report (TFR): 04/15/11     Current Projected Date of Final Report (TFR): 03/15/12

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

Ver: 17.00b

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-01361 -MB | |
| Case Name: | ISABELLAS ESTIATORIO, LLC | |
| Taxpayer ID No: | ********8933 | |
| For Period Ending: | 01/08/13 | |

| | | |
|---|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******9270 CHECKING ACCOUNT | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 23,938.13 | | 23,938.13 |
| 08/31/12 | | INTERNAL REVENUE SERVICE | Medicare (Employee) | 5300-000 | | 78.15 | 23,859.98 |
| 08/31/12 | | INTERNAL REVENUE SERVICE | Medicare (Employer) | 5800-000 | | 78.15 | 23,781.83 |
| 08/31/12 | | INTERNAL REVENUE SERVICE | Social Security (Employee) | 5300-000 | | 226.35 | 23,555.48 |
| 08/31/12 | | INTERNAL REVENUE SERVICE | Social Security (Employer) | 5800-000 | | 334.13 | 23,221.35 |
| 08/31/12 | | INTERNAL REVENUE SERVICE | Federal Income Tax | 5300-000 | | 1,347.30 | 21,874.05 |
| 08/31/12 | 100000 | THOMAS E. SPRINGER, TRUSTEE<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL  60187 | Chapter 7 Compensation/Fees | 2100-000 | | 3,170.49 | 18,703.56 |
| 08/31/12 | 100001 | Thomas E. Springer<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL  60187 | Claim 25, Payment 100.00000% | | | 9,035.79 | 9,667.77 |
| | | | Fees         8,781.00 | 3110-000 | | | |
| | | | Expenses       254.79 | 3120-000 | | | |
| 08/31/12 | 100002 | Alan D. Lasko, CPA<br>29 South LaSalle Street<br>Suite 1240<br>Chicago, IL  60603 | Claim 26, Payment 100.00000% | | | 5,553.13 | 4,114.64 |
| | | | Fees         5,301.50 | 3410-000 | | | |
| | | | Expenses       251.63 | 3420-000 | | | |
| 08/31/12 | 100003 | SILVIA GONZALEZ<br>1910 Castlepines<br>Elgin, IL 60123 | Claim 11, Payment 41.82180% | 5300-000 | | 521.02 | 3,593.62 |
| 08/31/12 | 100004 | EUGENE E. OLSON<br>2015 N. Washington<br>Wheaton, IL  60187 | Claim 16B, Payment 41.82210% | 5300-000 | | 2,946.91 | 646.71 |
| | | | Page Subtotals | | 23,938.13 | 23,291.42 | |

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-01361 -MB | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | ISABELLAS ESTIATORIO, LLC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9270 CHECKING ACCOUNT |
| Taxpayer ID No: | *******8933 | | |
| For Period Ending: | 01/08/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/12 | 100005 | UNITED STATES TREASURY<br>Internal Revenue Service<br>PO Box 804521<br>Cincinnati, OH 45280 | Federal Unemployment Tax | 5800-000 | | 32.34 | 614.37 |
| 08/31/12 | 100006 | ILLINOIS DEPARTMENT OF REVENUE<br>P.O. BOX 19447<br>SPRINGFIELD, IL 62794-9447 | State Withholdings | 5300-000 | | 269.46 | 344.91 |
| 08/31/12 | 100007 | DIRECTOR OF EMPLOYMENT SECURITY<br>Illinois Dept. of Employment Security<br>P.O. Box 19300<br>Springfield, IL 62794-9300 | State Unemployment Tax | 5800-000 | | 344.91 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 23,938.13 | 23,938.13 | 0.00 |
| Less: Bank Transfers/CD's | 23,938.13 | 0.00 | |
| Subtotal | 0.00 | 23,938.13 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 23,938.13 | |

Page Subtotals  0.00  646.71

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-01361 -MB | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | ISABELLAS ESTIATORIO, LLC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******0423  MONEY MARKET |
| Taxpayer ID No: | *******8933 | | | |
| For Period Ending: | 01/08/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/17/09 | 1 | Park National Bank<br>Chicago, Illinois | Turnover of Business Checking Acct | 1129-000 | 270.39 | | 270.39 |
| 04/17/09 | 1 | Park National Bank<br>Chicago, Illinois | Turnover of Business Checking Acct | 1129-000 | 7,430.84 | | 7,701.23 |
| 04/30/09 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.06 | | 7,701.29 |
| 05/29/09 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.19 | | 7,701.48 |
| 06/15/09 | 3, 6 | Resurrection, LLC<br>Old Second National Bank<br>37 South River Street<br>Aurora, IL 60506 | Purchase of equipment, furnishings,<br>and artwork pursuant to Order approving comrpomise<br>dated June 4, 2009. | 1129-000 | 5,500.00 | | 13,201.48 |
| 06/30/09 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.23 | | 13,201.71 |
| 07/31/09 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,202.05 |
| 08/31/09 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,202.39 |
| 09/30/09 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,202.72 |
| 10/15/09 | 8 | Nicor Gas<br>P.O. Box 190<br>Aurora, IL 60507-0190 | Refund of security deposit | 1229-000 | 992.69 | | 14,195.41 |
| 10/30/09 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.35 | | 14,195.76 |
| 11/30/09 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.35 | | 14,196.11 |
| 12/31/09 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.36 | | 14,196.47 |
| 01/29/10 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.36 | | 14,196.83 |
| 02/09/10 | 000100 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Portion on Blanket Bond #016026455 | 2300-000 | | 12.99 | 14,183.84 |
| 02/26/10 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.33 | | 14,184.17 |
| 03/31/10 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.36 | | 14,184.53 |
| 04/30/10 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.35 | | 14,184.88 |

Page Subtotals      14,197.87      12.99

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit 9

| Case No: | 09-01361 -MB | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | ISABELLAS ESTIATORIO, LLC | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******0423 MONEY MARKET |
| Taxpayer ID No: | *******8933 | | |
| For Period Ending: | 01/08/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/28/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.36 | | 14,185.24 |
| 06/30/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.35 | | 14,185.59 |
| 07/30/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.36 | | 14,185.95 |
| 08/31/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.36 | | 14,186.31 |
| 09/30/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.35 | | 14,186.66 |
| 10/29/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.36 | | 14,187.02 |
| 11/16/10 | 9 | ADVANCEME, INC. A Subsidiary of Capital Access Network, Inc. Operating Account 2 Overhill Road, Suite 410 Scarsdale, NY 10583 | Payment on Settlement pursuant to Order approving compromise entered 12/23/10 | 1241-000 | 10,000.00 | | 24,187.02 |
| 11/30/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.45 | | 24,187.47 |
| 12/31/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.62 | | 24,188.09 |
| 01/31/11 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.62 | | 24,188.71 |
| 02/28/11 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.19 | | 24,188.90 |
| 03/31/11 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.21 | | 24,189.11 |
| 04/26/11 | 000101 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | Portion on Blanket Bond #016026455 | 2300-000 | | 20.07 | 24,169.04 |
| 04/29/11 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.19 | | 24,169.23 |
| 05/31/11 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.21 | | 24,169.44 |
| 06/30/11 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.20 | | 24,169.64 |
| 07/29/11 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.20 | | 24,169.84 |
| 08/31/11 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.21 | | 24,170.05 |
| 09/30/11 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.20 | | 24,170.25 |
| 10/31/11 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.21 | | 24,170.46 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 30.79 | 24,139.67 |

Page Subtotals 10,005.65 50.86

Ver: 17.00b

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-01361 -MB | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ISABELLAS ESTIATORIO, LLC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******0423  MONEY MARKET |
| Taxpayer ID No: | *******8933 | | | |
| For Period Ending: | 01/08/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/11 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.20 | | 24,139.87 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 29.76 | 24,110.11 |
| 12/30/11 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.20 | | 24,110.31 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 29.72 | 24,080.59 |
| 01/31/12 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.21 | | 24,080.80 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 31.58 | 24,049.22 |
| 02/15/12 | 000102 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | Blanket Bond ; Bond #016026455 | 2300-000 | | 23.93 | 24,025.29 |
| 02/29/12 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.19 | | 24,025.48 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 28.58 | 23,996.90 |
| 03/30/12 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.20 | | 23,997.10 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 29.50 | 23,967.60 |
| 04/30/12 | 7 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.20 | | 23,967.80 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 30.45 | 23,937.35 |
| 05/31/12 | 7 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.20 | | 23,937.55 |
| 06/29/12 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.19 | | 23,937.74 |
| 07/31/12 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.21 | | 23,937.95 |
| 08/28/12 | 7 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.18 | | 23,938.13 |
| 08/28/12 | | Transfer to Acct #*******1945 | Final Posting Transfer | 9999-000 | | 23,938.13 | 0.00 |

Page Subtotals         1.98         24,141.65

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 09-01361 -MB | Trustee Name: THOMAS E. SPRINGER, TRUSTEE |
| Case Name: ISABELLAS ESTIATORIO, LLC | Bank Name: BANK OF AMERICA |
| | Account Number / CD #: *******0423 MONEY MARKET |
| Taxpayer ID No: *******8933 | |
| For Period Ending: 01/08/13 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 24,205.50 | 24,205.50 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 23,938.13 | |
| | | | Subtotal | | 24,205.50 | 267.37 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 24,205.50 | 267.37 | |

Page Subtotals 0.00 0.00

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

FORM 2

Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-01361 -MB | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | ISABELLAS ESTIATORIO, LLC | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******1945  GENERAL CHECKING |
| Taxpayer ID No: | *******8933 | | |
| For Period Ending: | 01/08/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/28/12 | | Transfer from Acct #*******0423 | Transfer In From MMA Account | 9999-000 | 23,938.13 | | 23,938.13 |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 23,938.13 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 23,938.13 | 23,938.13 | 0.00 |
| Less:  Bank Transfers/CD's | 23,938.13 | 23,938.13 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| CHECKING ACCOUNT - ********9270 | 0.00 | 23,938.13 | 0.00 |
| MONEY MARKET - ********0423 | 24,205.50 | 267.37 | 0.00 |
| GENERAL CHECKING - ********1945 | 0.00 | 0.00 | 0.00 |
| | 24,205.50 | 24,205.50 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    23,938.13    23,938.13

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*